**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EDDIE MOORE, | ) | NO. CV 16-9259-MWF(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| J. GASTELO, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: January 5, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE